CRANE, administrator, *v.* JONES.

FISH, C. J. The judge did not err in refusing to grant an interlocutory injunction. *Judgment affirmed. All the Justices concur.* DECEMBER 13, 1913.

Petition for injunction. Before Judge Brand. Clarke superior court. June 6, 1913.

*Cobb & Erwin,* for plaintiff. *George C. Thomas* and *John J. & Roy M. Strickland,* for defendant.